# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-22-002321

**EXHIBIT 3**

SHAWN JOSEPH , PLAINTIFF(S)

vs.

AQUARIUS MANAGEMENT CORP; GENESIS COIN INC; EVAN ROSE; GENESIS SERVICES INC , DEFENDANT(S)

TO: **GENESIS COIN INC**
c/o REGISTERED AGENTS INC.
5900 BALCONES DR STE 100
AUSTIN TX 78731

Defendant, in the above styled and numbered cause:
YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **May 19, 2022** in the **201st District Court** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **May 31, 2022**

REQUESTED BY:
FIFER, MARCUS LAMONE
PO BOX 6501
AUSTIN, TX 78762-6501

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: Adrian Rodriguez

## RETURN

Came to hand on the 1st day of June, 2022 at 1:00 o'clock P M., and executed at 5900 Balcones Dr STe 100, Austin, 7873 within the County of Travis on the 2nd day of June, 2022, at 12:00 o'clock P M., by delivering to the within named Genesis Coin Inc , each in person, a true copy of this citation together with the **PLAINTIFF'S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

Sheriff / Constable / Authorized Person

By: _____
Ben Ifeatu Ogoogbunam
Printed Name of Server

_____ County, Texas

Notary Public, THE STATE OF TEXAS
D-1-GN-22-002321

SERVICE FEE NOT PAID

CITATION

THE STATE OF TEXAS

CAUSE NO. D-1-GN-22-002321

SHAWN JOSEPH, PLAINTIFF(S)

vs.

AQUARIUS MANAGEMENT CORP; GENESIS COIN INC; EVAN ROSE; GENESIS SERVICES INC, DEFENDANT(S)

TO: **GENESIS COIN INC**
c/o REGISTERED AGENTS INC.
5900 BALCONES DR STE 100
AUSTIN TX 78731

Defendant, in the above styled and numbered cause:
YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **May 19, 2022** in the **201st District Court** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **May 31, 2022**

REQUESTED BY:
FIFER, MARCUS LAMONE
PO BOX 6501
AUSTIN, TX 78762-6501

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: **Adrian Rodriguez**

**RETURN**

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and executed at _____ within the County of _____ on the _____ day of _____, _____, at _____ o'clock ____M., by delivering to the within named _____, each in person, a true copy of this citation together with the **PLAINTIFF'S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____ County, Texas

_____
Notary Public, THE STATE OF TEXAS
D-1-GN-22-002321

SERVICE FEE NOT PAID