201st District Court

# Case Summary

### Case No. D-1-GN-22-002321

| | | |
|---|---|---|
| SHAWN JOSEPH vs. AQUARIUS MANAGEMENT CORP, GENESIS COIN INC, EVAN ROSE | § § § § § § | Location<br>   201st District Court<br>Judicial Officer<br>   201ST, DISTRICT COURT<br>Filed on<br>   05/19/2022 |

## Case Information

Case Type: Other Employment
Case Status: 05/19/2022 Open

## Assignment Information

**Current Case Assignment**
Case Number   D-1-GN-22-002321
Court             201st District Court
Date Assigned   05/19/2022
Judicial Officer   201ST, DISTRICT COURT

## Party Information

**Plaintiff**   JOSEPH, SHAWN          FIFER, MARCUS LAMONE
                                                                             *Retained*

**Defendant**   AQUARIUS MANAGEMENT CORP

                   GENESIS COIN INC

                   GENESIS SERVICES INC

                   ROSE, EVAN

## Case Events

| | |
|---|---|
| 05/19/2022 | ORIGINAL PETITION/APPLICATION (OCA)<br>    *PLAINTIFF'S ORIGINAL PETITION*<br>    Party:   Plaintiff JOSEPH, SHAWN |
| 05/23/2022 | OTHER<br>    *SERVICE REQUEST LETTER* |
| 05/31/2022 | OTHER<br>    *SERVICE REQUEST LETTER* |
| 06/02/2022 | EXECUTED SERVICE<br>    *RETURN OF SERVICE - GENESIS COIN INC*<br>    Party:   Defendant GENESIS COIN INC |

## Service Events

| | |
|---|---|
| 05/31/2022 | **Citation**<br>GENESIS COIN INC<br>Unserved |
| 06/03/2022 | **Citation**<br>GENESIS SERVICES INC<br>Unserved |
| 06/03/2022 | **Citation**<br>AQUARIUS MANAGEMENT CORP<br>Unserved |
| 06/03/2022 | **Citation**<br>ROSE, EVAN<br>Unserved |
| 06/03/2022 | **Citation**<br>ROSE, EVAN<br>Unserved |

5/23/2022 12:00 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-002321
Adrian Rodriguez

# Fifer.Law

Marcus L. Fifer Law Firm, PLLC | P.O. Box 6501 Austin, TX 78762

May 23, 2022

<u>Via E-File Only</u>

Velva L. Price
Travis County District Clerk
5325 Airport Blvd., Suite 1100
Austin, TX 78751

RE: Cause No. D-1-GN-22-002321, *Shawn Joseph vs. Genesis Coin Inc.; Genesis Services, Inc.; Aquarius Management Corp.; and Evan Rose*, 201st Judicial District Court of Travis County, Texas

Dear Clerk,

Along with this letter, payment has been made for issuance of citation upon:

**(1) Genesis Coin Inc.,**
c/o Registered Agents Inc.
5900 Balcones Dr., Ste. 100
Austin, TX 78731

We kindly ask that you issue the above-referenced citation and email it to my attention at the email address listed below, and/or make them available for download at your earliest convenience.

We thank you for in advance for your time and attention.

Sincerely,

/s/ Marcus L. Fifer
Marcus L. Fifer
marcus@fifer.law
Attorney for Plaintiff

# Fifer.Law

Marcus L. Fifer Law Firm, PLLC | P.O. Box 6501 Austin, TX 78762

5/31/2022 1:03 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-22-002321
Adrian Rodriguez

May 26, 2022

<u>*Via E-File Only*</u>

Velva L. Price
Travis County District Clerk
5325 Airport Blvd., Suite 1100
Austin, TX 78751

> RE: Cause No. D-1-GN-22-002321, *Shawn Joseph vs. Genesis Coin Inc.; Genesis Services, Inc.; Aquarius Management Corp.; and Evan Rose*, 201st Judicial District Court of Travis County, Texas

Dear Clerk,

Along with this letter, payment has been made for issuance of citation upon:

(1) **Genesis Services Inc.,**
5900 Balcones Dr., Ste. 100
Austin, TX 78731

(2) **Aquarius Management Corp.**
802 Fernández Juncos Avenue,
San Juan, Puerto Rico 00907

(3) **Evan Rose**
802 Fernández Juncos Avenue,
San Juan, Puerto Rico 00907

We kindly ask that you issue the above-referenced citations and email it to my attention at the email address listed below, and/or make them available for download at your earliest convenience.

We thank you for in advance for your time and attention.

Sincerely,

/s/ Marcus L. Fifer
Marcus L. Fifer
marcus@fifer.law
Attorney for Plaintiff

Letter to District Clerk                                                                 Solo Page