UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SHAWN JOSEPH,** | § § § |
| *Plaintiff/Counterclaim Defendant,* | § § § |
| v. | § **CIVIL ACTION NO. 1:22-cv-615** |
| **GENESIS COIN, INC.; GENESIS SERVICES INC.; AQUARIUS MANAGEMENT CORP.; AND EVAN ROSE.** | § § § § § § |
| *Defendants/Counterclaim Plaintiff.* | § § |

### DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Genesis Coin, Inc., ("Genesis Coin"), Genesis Services, Inc. ("Genesis Services"), and Aquarius Management Corp. ("Aquarius"), by and through their undersigned counsel, hereby submit their Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. Genesis Coin has no parent corporation and there is no publicly held corporation owning 10% or more of its stock. Genesis Services has no parent corporation and there is no publicly held corporation owning 10% or more of its stock. Aquarius has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**JACKSON WALKER LLP**

By:   /s/ *Scott W. Weatherford*
    Scott W. Weatherford
    sweatherford@jw.com
    State Bar No. 24079554
    100 Congress Ave., Suite 1100
    Austin, Texas 78701

(512) 236-2073 (Direct Dial)
(512) 391-2189 (Direct Facsimile)

&

**HOLLAND & HART LLP**

Jeremy B. Merkelson, *pro hac vice motion pending*
jbmerkelson@hollandhart.com
(202) 654-6919  (Direct Dial)
Michael J. O'Leary, *pro hac vice motion pending*
mjoleary@hollandhart.com
(202) 654-6922 (Direct Dial)
901 K Street NW, Suite 850
Washington, DC 20001
(202) 280-1041 (Direct Facsimile)

*Counsel for Defendants/ Counterclaimants*

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of June 2022, a true and correct copy of the foregoing document has been electronically forwarded to the following:

Marcus L. Fifer (marcus@fifer.law)
Marcus L Fifer Law Firm, PLLC
P.O. Box 6501
Austin, TX 78762

Nilay U. Vora (nvora@voralaw.com)
Jeffrey A. Atteberry (jatteberry@voralaw.com)
William M. Odom (will@voralaw.com)
THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Ste. 300
Santa Monica, CA 90401

*Attorneys for Plaintiff*

/s/ *Scott W. Weatherford*
Scott W. Weatherford

2