IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH | § |
| | § |
| v. | § CIVIL CASE NO: 1:22-cv-00615-RP |
| | § |
| GENESIS COIN, INC ET AL | § |

ORDER

This case was Removed to this court on June 23rd, 2022 from the 201st District Court of Travis County. Prior to removal, attorney Nilay Vora had made an appearance in the case as counsel for Shawn Joseph. Nilay Vora is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Nilay Vora is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this 21st day of June 24th, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE