# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH,<br><br>           Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>           Defendants. | Civil Action No. 1:22-cv-00615-RP |

## [PROPOSED] ORDER GRANTING PLAINTIFF SHAWN JOSEPH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM

Plaintiff Shawn Joseph's Motion for Extension of Time to Respond to Counterclaim is hereby GRANTED. Plaintiff's deadline to respond to the counterclaim filed by Defendants on June 23, 2022, is hereby EXTENDED until fourteen (14) days after the date this Court enters an order determining whether it has subject matter jurisdiction to hear this case.

DATED:

                                                 **ROBERT L. PITMAN**
                                               **UNITED STATES DISTRICT JUDGE**