IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JUL 1 3 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

Shawn Joseph

-vs-

Genesis Coin, Inc.; Genesis Services, Inc.; Aquarius Management Corp.; and Evan Rose

Case No. 1:22-cv-00615-RP

## ORDER

BE IT REMEMBERED on this the 13th day of July, 2022, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Marcus L. Fifer** ("Applicant"), counsel for **Plaintiff Shawn Joseph** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Plaintiff Shawn Joseph** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 13th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE