**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| SHAWN JOSEPH,<br><br>    Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>    Defendants. | Civil Action No. 1:22-cv-00615-RP |

**[PROPOSED] ORDER GRANTING PLAINTIFF SHAWN JOSEPH
LEAVE TO TAKE EXPEDITED JURISDICTIONAL DISCOVERY**

Plaintiff Shawn Joseph's Motion to Remand to State Court, or in the Alternative, for Leave to Take Expedited Jurisdictional Discovery is hereby GRANTED to the following extent:

Plaintiff is hereby GRANTED LEAVE to take expedited jurisdictional discovery on the issue of the location of the corporate Defendants' principal places of business. Both parties are hereby ORDERED to adhere to the following schedule for completing jurisdictional discovery in a timely manner:

| Deadline | Action |
|---|---|
| 3 days after the entry of this Order | Plaintiff will serve jurisdictional Requests for Production |
| 17 days after the entry of this Order | Defendants will respond in full and produce documents in response to Plaintiff's Requests for Production |
| 31 days after the entry of this Order | Defendants will make the following individuals available for deposition: Evan Rose (Rule 30(b)(6) rep); Even Rose (individually); Jason M. Tyra (individually) |

Any dispute concerning this jurisdictional discovery may be raised by Plaintiff by way of a motion to compel, following a good faith meet-and-confer conference.  If a motion to compel is necessary, any such motion to compel is hereby REFERRED to the magistrate judge assigned to this case.

DATED:

_____

**ROBERT L. PITMAN**
**UNITED STATES DISTRICT JUDGE**