IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-00615-RP |

## DECLARATION OF SHAWN JOSEPH
## IN SUPPORT OF MOTION TO REMAND TO STATE COURT

I, Shawn Joseph, hereby declare:

1.　　I am the Plaintiff in this matter. I make this declaration in support of Plaintiff Shawn Joseph's Motion to Remand to State Court, or in the Alternative, for Leave to Take Expedited Jurisdictional Discovery. I make this declaration of my own personal knowledge, except as otherwise noted, and if called as a witness, I could and would testify competently to all of the following.

2.　　I moved to Austin, Texas around 2015. I own a house in Austin, and also own a house in Washington, D.C., but Austin is my primary residence.

3.　　Around when Evan Rose appointed me as the Chief Intellectual Property Officer of Genesis Coin, Inc. in 2019, he stated to me that one reason was that Genesis Coin, Inc. needs "nexus in Texas."

4. Exhibit B to the state court Petition filed on my behalf in this case is a true and correct copy of the Employment Agreement entered into between me and Genesis Coin, Inc. on November 1, 2019.

5. Attached as **Exhibit 1** is a true and correct copy of a document that was sent to me by Evan Rose on March 16, 2022, attaching a document with the title "2021 TAX RETRUN."

6. I am not aware of any company that Aquarius Management Corp. has alleged that to which it exports goods or services besides Genesis Coin, Inc. and/or Genesis Services, Inc.

I declare under penalty of perjury of the laws of the United States (28 U.S.C. § 1746) that the foregoing is true and correct to the best of my knowledge.

Executed on ___July 25___, 2022

By: _____
Shawn Joseph

-2-