*Joseph v. Genesis Coin, Inc., et al.*, **No. 1:22-cv-615-RP**
**APPENDIX OF EXHIHBITS TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT OR FOR JURISDICTIONAL DISCOVERY**
**7/25/2022**

| Exhibit # | Date | Document Description |
|---|---|---|
| | | Joseph Declaration |
| 1 | 2/4/2022 | Genesis Coin Inc. 2021 Tax Return |
| | | Odom Declaration |
| 2 | 7/20/2022 | Genesis Coin Inc. Delaware Corporation Information |
| 3 | 5/4/2015 | Genesis Coin Inc. California SoS Document |
| 4 | 11/17/2015 | Genesis Coin Inc. California SoS Document |
| 5 | 11/22/2016 | Genesis Coin Inc. Texas SoS Document |
| 6 | 4/6/2017 | Genesis Coin Inc. Texas SoS Document |
| 7 | 2/19/2018 | Genesis Coin Inc. Texas SoS Document |
| 8 | 2/18/2019 | Genesis Coin Inc. Texas SoS Document |
| 9 | 7/21/2022 | Puerto Rico State Department Results for "Genesis Coin" |
| 10 | 2/18/2020 | Genesis Coin Inc. Texas SoS Document |
| 11 | 3/15/2021 | Genesis Coin Inc. Texas SoS Document |
| 12 | 7/25/2022 | Sentwoski Linkedin profile |
| 13 | 12/1/2016 | Aquarius Management Corp. Registration Certificate |
| 14 | 12/1/2016 | Aquarius Management Corp. Certificate of Incorporation |
| 15 | 7/20/2022 | Genesis Services Inc. Delaware Corporation Information |
| 16 | 7/25/2022 | Puerto Rico State Department Results for "Genesis Services" |
| 17 | 7/22/2022 | E-mail Exchange Between Counsel |