# EXHIBIT 2

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 5332841 | Incorporation Date / Formation Date: | 5/10/2013 (mm/dd/yyyy) |
| Entity Name: | GENESIS COIN INC | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status Date: | 5/10/2013 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2021 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 1865 | Total Authorized Shares: | 200000 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. | | |
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Amendment Stock | 2 | 10/15/2019 | 12:46 PM | 10/15/2019 |
| 2 | Stock Corporation | 1 | 5/10/2013 | 11:03 AM | 5/10/2013 |

[Back to Entity Search] [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=5332841&d=y 1/1