# EXHIBIT 4

Case 1:22-cv-00615-JRN   Document 23-8   Filed 07/25/22   Page 2 of 2

3784319

D1315994

## CERTIFICATE OF SURRENDER OF RIGHT TO TRANSACT INTRASTATE BUSINESS



FILED
Secretary of State
State of California
NOV 17 2015

On behalf and by authority of:

__Genesis Coin, Inc.__
(Name of Corporation)

_____ , a corporation

organized under the laws of __the State of Delaware__ ,
(State or Place of Incorporation)

the undersigned officer of said corporation does hereby certify and declare:

1. Said corporation hereby surrenders its right and authority to transact intrastate business in the State of California.

2. Said corporation hereby revokes its designation of agent for service of process in California.

3. Said corporation consents that process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender of Right to Transact Intrastate Business may be served upon the California Secretary of State.

4. The post office address to which the California Secretary of State may mail copies of any process against the corporation that is served upon the Secretary of State is

__7 Goodnight Trail West,__
__Santa Fe, NM 87506__ .

5. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

_(signature)_
(Signature of Corporate Officer)

__Evan Rose__
(Type or Print Name of Corporate Officer)

Secretary of State Form
SURRENDER-CORPORATION (REV 01/2013)