# EXHIBIT 9



Government of Puerto Rico     <u>Home (/)</u> | <u>PRDOS</u> | <u>Contact Us</u> | <u>Administration</u> | <u>Español</u> | <u>Help (/Help/Help_en.htm#MAININFO)</u>

# Registry of Corporations and Entities

**Corporations and Entities**

**Search**
**(/CorporationSearch.aspx)**

**Create / Authorize**
**(/RedirectRCE.aspx?rce=cf)**

**Amend**
**(/CorporationSearch.aspx?m=ca)**

**Dissolve / Withdraw**
**(/CorporationSearch.aspx?m=dis)**

**Convert**
**(/CorporationSearch.aspx?m=cnv)**

**Merge / Consolidate**
**(/Mergers/Selection.aspx)**

**Restore**
**(/CorporationSearch.aspx?m=rst)**

**Reserve Name**
**(/NameReservation/Prep.aspx)**

**Create Account**
**(/Admin/Register.aspx)**

---

**Annual Filings**

**2021 Annual Report**
**(/AnnualReportStart.aspx)**

**2021 LLC Fees**
**(/AnnualReportStart.aspx?m=ad)**

**LLP Renewal**
**(/CorporationSearch.aspx?m=lr)**

**Prior Years**
**(/CorporationSearch.aspx?m=pyf)**

---

**Certificates**

**Order Good Standing**
**(/RedirectRCE.aspx?rce=oc)**

**Order Existence**
**(/RedirectRCE.aspx?rce=oce)**

**Validate (/RedirectRCE.aspx?rce=cv)**

---

## Corporations Search

<u>(/Help/Help_en.htm#AMEND)</u>

**Specify search criteria then click the Search button.**

Standard Search

| Register Number | Equals | |
|---|---|---|
| Corporation Name | All Words | genesis coin |

Results limited to 250 records   [ Search Active Entities Only ]   [ Search All Entities ]

### Corporation Search Results

Search Criteria: **Corporation Name** All Words genesis coin, **All Entities**

7/21/2022, 4:12:57 PM
Records Found: **0**

Cannot find corporation.

v6.0.0.2 (01)