# EXHIBIT 13



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE ESTADO**
San Juan, Puerto Rico

# CERTIFICADO DE REGISTRO

Yo, **VÍCTOR A. SUÁREZ MELÉNDEZ, Secretario de Estado** del Estado Libre Asociado de Puerto Rico;

**CERTIFICO**: Que **AQUARIUS MANAGEMENT CORP.** número de registro **387203**, es una **Corporación Doméstica Con Fines de Lucro** organizada bajo las leyes de Puerto Rico hoy, **1 de diciembre de 2016, a las 02:51 PM**.



**EN TESTIMONIO DE LO CUAL**, firmo el presente y hago estampar en él el Gran Sello del Estado Libre Asociado de Puerto Rico, en la ciudad de San Juan, Puerto Rico, hoy, **01 de diciembre de 2016.**

**VÍCTOR A. SUÁREZ MELÉNDEZ**
Secretario de Estado

1166049 - $150.00