# EXHIBIT 14



Commonwealth of Puerto Rico
Department of State

Transaction Date: 01-Dec-2016
Register No: 387203
Order No: 1166049

# Commonwealth of Puerto Rico
# Department of State

## Certificate of Incorporation of a Stock Corporation

### Article I - Corporation Name

**The name of the Domestic Corporation is:  AQUARIUS MANAGEMENT CORP.**
**Desired term for the entity name is:  Corp.**

### Article II - Designated Office and Resident Agent

Its designated office in the Commonwealth of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Mailing Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Phone | **(787) 723-8520** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **Servicios de Apoyo Miramar, Inc.** |
| Street Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Mailing Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Email | **wvargas@rexachpico.com** |
| Phone | **(787) 723-8520** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**Provide software development, customer support, accounting and management services for clients outside of PR in compliance with the requirements for receiving a tax incentives grant under Act. No. 20 of 2012, as amended.**

### Article IV - Capital Stock

The number and classes of authorized capital stock of this corporation are as follows:

| | |
|---|---|
| Class | **Common** |
| Share Number | **5,000** |
| Par Value | **$100.00** |

The denomination, faculties, preferences, and rights of the stock are:

**Fixed by the Board of Directors by corporate resolution.**

The number and classes of authorized capital stock of this corporation are as follows:

| | |
|---|---|
| Class | **Preferred** |
| Share Number | **5,000** |

AQUARIUS MANAGEMENT CORP.                                                    Domestic Corporation

Par Value            **$100.00**

The denomination, faculties, preferences, and rights of the stock are:

**Fixed by the Board of Directors by corporate resolution.**

## Article V - Incorporators

The name, street and mailing address of each Incorporator is as follows:

| | |
|---|---|
| Name | **Vargas García, Wanda L** |
| Street Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Mailing Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Email | **wvargas@rexachpico.com** |

## Article VI - Officers

If the faculties of the Incorporators will end upon the filing of the Certificate of Incorporation of a Stock Corporation, the names, physical and mailing address of the persons who will act as Officers until the first annual meeting of the members or until their successors replace them are as follows:

| | |
|---|---|
| Name | **Rose, Evan** |
| Title | **President, Secretary, Treasurer, Director** |
| Street Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Mailing Address | **802 Fernández Juncos Avenue, SAN JUAN, PR, 00907** |
| Email | **evan@aquarius.co** |
| Expiration Date | **Indefinite** |

## Article VII - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **01-Dec-2016**

## Supporting Documents

| Document | Date Issued |
|---|---|
| | |

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Vargas García, Wanda L, the undersigned, for the purpose of forming a corporation pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 1st day of December, 2016.