# EXHIBIT 15

Logout

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 7029640 | Incorporation Date / Formation Date: | 8/24/2018 (mm/dd/yyyy) |
| Entity Name: | GENESIS SERVICES, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | **State:** |
| Status: | **Good Standing** | Status Date: | **8/24/2018** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **2021** | Tax Due: $ | **0** |
| Annual Tax Assessment: | $ **1015** | Total Authorized Shares: | **100000** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | 302-658-7581 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Stock Corporation | 2 | 8/24/2018 | 3:40 PM | 8/24/2018 |

[Back to Entity Search]  [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov