# EXHIBIT 16



Government of Puerto Rico | Home (/) | PRDOS | Contact Us | Administration | Español | Help (/Help/Help_en.htm#MAININFO)

# Registry of Corporations and Entities

## Corporations and Entities

- Search (/CorporationSearch.aspx)
- Create / Authorize (/RedirectRCE.aspx?rce=cf)
- Amend (/CorporationSearch.aspx?m=ca)
- Dissolve / Withdraw (/CorporationSearch.aspx?m=dis)
- Convert (/CorporationSearch.aspx?m=cnv)
- Merge / Consolidate (/Mergers/Selection.aspx)
- Restore (/CorporationSearch.aspx?m=rst)
- Reserve Name (/NameReservation/Prep.aspx)
- Create Account (/Admin/Register.aspx)

## Annual Filings

- 2021 Annual Report (/AnnualReportStart.aspx)
- 2021 LLC Fees (/AnnualReportStart.aspx?m=ad)
- LLP Renewal (/CorporationSearch.aspx?m=lr)
- Prior Years (/CorporationSearch.aspx?m=pyf)

## Certificates

- Order Good Standing (/RedirectRCE.aspx?rce=oc)
- Order Existence (/RedirectRCE.aspx?rce=oce)
- Validate (/RedirectRCE.aspx?rce=cv)

## Corporations Search

(/Help/Help_en.htm#AMEND)

**Specify search criteria then click the Search button.**

Standard Search

| | | |
|---|---|---|
| Register Number | Equals | |
| Corporation Name | All Words | genesis services |

Results limited to 250 records    [Search Active Entities Only]  [Search All Entities]

### Corporation Search Results (Click Corporation Name to continue.)

Search Criteria: **Corporation Name** All Words genesis services, All Entities

7/25/2022, 3:19:01 PM
Records Found: **6**

| Registry | Corporation Name | Class | Profit | Status |
|---|---|---|---|---|
| 1205 | GENESIS ANESTHESIA SERVICES, C.S.P. (CorpInfo/CorporationInfo.aspx?c=1205-711) | Professional Corp. | For Profit | ACTIVE |
| 96685 | GENESIS' SECURITY SERVICES, INC. (CorpInfo/CorporationInfo.aspx?c=96685-111) | Corporation | For Profit | ACTIVE |
| 103916 | GENESIS MAINTENANCE SERVICES, CORP. (CorpInfo/CorporationInfo.aspx?c=103916-111) | Corporation | For Profit | CANCELLED |
| 133409 | GENESIS FOOD SERVICES INC. (CorpInfo/CorporationInfo.aspx?c=133409-111) | Corporation | For Profit | CANCELLED |
| 404579 | GENESIS CONTRACTING SERVICES LIMITED LIABILITY COM... (CorpInfo/CorporationInfo.aspx?c=404579-1512) | L.L.C. | For Profit | ACTIVE |
| 414493 | GENESIS FINANCIAL SERVICES LLC (CorpInfo/CorporationInfo.aspx?c=414493-1511) | L.L.C. | For Profit | ACTIVE |

v6.0.0.2 (01)