**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **SHAWN JOSEPH,** § § § *Plaintiff/Counterclaim Defendant,* § § v. § § **GENESIS COIN, INC.; GENESIS,** § **SERVICES INC.; AQUARIUS** § **MANAGEMENT CORP.; AND EVAN** § **ROSE.** § § *Defendants/Counterclaim Plaintiff.* § § | **Civil Action No.** 1:22-cv-00615-JRN |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION TO REMAND TO STATE COURT, OR IN THE ALTERNATIVE, TO
TAKE EXPEDITED JURISDICTIONAL DISCOVERY**

Defendants Genesis Coin, Inc., ("Genesis Coin"), Genesis Services, Inc. ("Genesis Services"); Aquarius Management Corp. ("Aquarius") and Evan Rose ("Rose") (collectively "Defendants"), by and through their undersigned counsel, submit this Unopposed Motion for Extension of Time to Respond to Motion to Remand, or in the Alternative, to Take Expedited Jurisdictional Discovery ("Motion to Remand").

### I.   BACKGROUND

On May 19, 2022, Plaintiff Shawn Joseph filed an Original Petition in state court alleging various purported causes of action against Defendants arising from his prior employment with Genesis Coin styled as: (1) "retaliation" (2) "breach of contract"; (3) "breach of the implied covenant of good faith & fair dealing"; (4) "fraudulent inducement;" (5) "string-along fraud"; and (6) "unjust enrichment."  The case was removed to this court on June 23, 2022.  [Doc. 1].  On July

1

25, 2022, Plaintiff filed the Motion to Remand. [Doc. 23]. Defendants oppose this Motion to Remand. The case was reassigned to Your Honor on July 27, 2022. [Doc 24].

United States District Court, Western District of Texas Local Rule CV-7 provides that the response time for "discovery or case management motions is no later than 7 days after the filing of the motion, and for all other motions the response time is 14 days after the filing of the motion." Plaintiff takes the position the Motion to Remand is a "discovery or case management motion." Defendants disagree. Plaintiff does not, however, oppose allowing Defendants a total of 14 days to respond to the entire Motion to Remand, making their response due on August 8, 2022, provided Defendants' brief not exceed ten pages. Plaintiff would then have until August 15, 2022 to file his reply.

## II.   REQUEST FOR EXTENSION

For the foregoing reasons, Defendants request this Court enter the attached proposed order extending Defendants' time to respond to Plaintiff's Motion to Remand until August 8, 2022. This is the first request for an extension of time by Defendants. This extension is not sought for the purposes of delay, but so that Defendants have adequate time to prepare a response to this important Motion to Remand. This motion is unopposed.

## III.   CONCLUSION AND PRAYER

Defendants respectfully request that the Court extend the time to respond to Plaintiff's Motion to Remand until August 8, 2022 and for such other and further relief, in law or in equity, to which Defendants may be justly entitled.

Dated:  July 29, 2022.

Respectfully submitted,

**JACKSON WALKER LLP**

By: <u>/s/ *Scott W. Weatherford*</u>
Scott W. Weatherford
sweatherford@jw.com
State Bar No. 24079554
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2073 (Direct Dial)
(512) 391-2189 (Direct Facsimile)

&

**HOLLAND & HART LLP**

Jeremy B. Merkelson, *pro hac vice admission*
jbmerkelson@hollandhart.com
(202) 654-6919  (Direct Dial)
Michael J. O'Leary, *pro hac vice admission*
mjoleary@hollandhart.com
(202) 654-6922 (Direct Dial)
901 K Street NW, Suite 850
Washington, DC 20001
(202) 280-1041 (Direct Facsimile)

Brianne C. McClafferty, *pro hac vice admission*
bcmcclafferty@hollandhart.com
(406) 896-4642
401 N. 31st Street, Suite 1500
Billings, Montana 59101

*Counsel for Defendants/ Counterclaimants*

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel, Brianne McClafferty, communicated with Plaintiff's counsel Will Odom on July 28, 2022, and Plaintiff does not oppose this motion.

*/s/ Brianne McClafferty*
Brianne McClafferty

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of July 2022, a true and correct copy of the foregoing document has been electronically forwarded to the following:

Marcus L. Fifer (marcus@fifer.law)
Marcus L Fifer Law Firm, PLLC
P.O. Box 6501
Austin, TX 78762

Nilay U. Vora (nvora@voralaw.com)
Jeffrey A. Atteberry (jatteberry@voralaw.com)
William M. Odom (will@voralaw.com)
THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Ste. 300
Santa Monica, CA 90401

*Attorneys for Plaintiff/Counterclaim Defendant*

/s/ *Scott W. Weatherford*
Scott W. Weatherford

19380927_v2

33541373v.1