UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SHAWN JOSEPH,** § § § *Plaintiff/Counterclaim Defendant,* § § v. § § **GENESIS COIN, INC.; GENESIS,** § **SERVICES INC.; AQUARIUS** § **MANAGEMENT CORP.; AND EVAN** § **ROSE.** § § *Defendants/Counterclaim Plaintiff.* § § | **Civil Action No.** AU:22-cv-00615-JRN |

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO
REMAND TO STATE COURT, OR IN THE ALTERNATIVE, TO TAKE
EXPEDITED JURISDICTIONAL DISCOVERY**

Defendants' Motion for Extension of Time to Respond to Motion to Remand (Dkt. No. 25) is hereby GRANTED. Defendants' deadline to respond to Plaintiff's Motion to Remand to State Court or in the Alternative Leave to Take Expedited Discovery (Dkt. No. 23) is August 8, 2022. Defendants' response shall not exceed 10 pages. Plaintiff shall file his reply on August 15, 2022.

Dated:

_____
James R. Nowlin
United States District Judge

1