IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH,<br><br>   Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>   Defendants. | Civil Action No. 1:22-cv-00615-JRN |

**PLAINTIFF SHAWN JOSEPH'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**

  Defendants removed this case to federal court and filed a counterclaim on June 23, 2022. Dkt. No. 1.  The Court granted Plaintiff an extension of his time to respond to the counterclaim until after Plaintiff's remand motion is ruled on or the Court's jurisdiction is otherwise decided. *See* Text Order Granting Dkt. No. 15.  Plaintiff then moved to remand to state court, or in the alternative, for leave to take expedited jurisdictional discovery on July 25, 2022.  *See* Dkt. No. 23. Defendants' response to Plaintiff's remand motion is due by August 8, then Plaintiff's reply is due seven (7) days thereafter.  *See* Text Order Granting Dkt. No. 25.

  Under the Local Rules, the current deadline for the parties to submit a joint Proposed Scheduling Order is August 22, 2022.  W.D. Tex. L.R. CV-16(c).  The parties have conferred and agreed that, like Plaintiff's response to Defendants' counterclaim, the deadline for the submission

of a joint Proposed Scheduling Order should be extended until after the Court has ruled on Plaintiff's pending remand motion or otherwise determined its jurisdiction.

As such, Plaintiff respectfully requests that the Court enter the attached Proposed Order extending the parties' time to file a joint Proposed Scheduling Order until twenty-one (21) days before the date of any scheduling conference set after the Court has ruled on Plaintiff's pending remand motion.  This motion is unopposed.

DATED:  August 1, 2022

By: /s/ William M. Odom
**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (*pro hac vice*)
nvora@voralaw.com
Jeffrey A. Atteberry (*pro hac vice*)
jatteberry@voralaw.com
William M. Odom (CA State Bar No. 313428)
will@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, CA 90401
424-258-5190 (phone)
512-598-0298 (fax)

**MARCUS L. FIFER LAW FIRM, PLLC**
Marcus L. Fifer (TX State Bar No. 24104629, *pro hac vice*)
marcus@fifer.law
P.O. Box 6501
Austin, TX 78762
512-487-0324 (phone)
512-598-0298 (fax)

*Attorneys for Plaintiff Shawn Joseph*

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT
PROPOSED SCHEDULING ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2022, I electronically filed the foregoing and attachments with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Defendants:

**Holland & Hart LLP**
Jeremy B. Merkelson (jbmerkelson@hollandhart.com)
Michael J. O'Leary (mjoleary@hollandhart.com)
901 K Street NW, Suite 850
Washington, DC 20001
(202) 654-6919
(202) 688-2921 (fax)
Brianne McClafferty (bcmcclafferty@hollandhart.com)
401 North 31st Street, Suite 1500
Billings, MT 59101
(406) 896-4642
(406) 545-2266 (fax)


**Jackson Walker LLP**
Scott W. Weatherford (sweatherford@jw.com)
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2073
(512) 691-4440 (fax)

                          */s/ William M. Odom*
                          William M. Odom