**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SHAWN JOSEPH,<br><br>      Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>      Defendants. | Civil Action No. 1:22-cv-00615-JRN |

**[PROPOSED] ORDER GRANTING PLAINTIFF SHAWN JOSEPH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER**

Plaintiff Shawn Joseph's Unopposed Motion for Extension of Time to Submit Proposed Scheduling Order is hereby GRANTED.  The parties' deadline to file a joint Proposed Scheduling Order is hereby EXTENDED until twenty-one (21) days before the date of any scheduling conference set after the Court has ruled on Plaintiff's pending motion to remand to state court.

DATED:

                                                                  **JAMES R. NOWLIN**
                                                                  **UNITED STATES DISTRICT JUDGE**