IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHAWN JOSEPH, | § § § | |
| *Plaintiff/Counterclaim Defendant,* | § § | CIVIL CASE NO. 1:22-CV-615-JRN |
| vs. | § § § | |
| GENESIS COIN, INC.; GENESIS SERVICES INC.; AQUARIUS MANAGEMENT CORP.; AND EVAN ROSE, | § § § § § | |
| *Defendants/Counterclaim Plaintiff.* | § § § | JURY |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBIT 6 TO THE ROSE DECLARATION

Defendants' Unopposed Motion to File Under Seal Exhibit 6 to the Rose Declaration is hereby GRANTED. It is ORDERED that the Clerk of Court shall file Exhibit 6 to the Declaration of Evan Rose in Response to Motion to Remand UNDER SEAL.

Dated this _____ day of August 2022.

_____
JAMES R. NOWLIN
SENIOR UNITED STATES DISTRICT JUDGE