UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SHAWN JOSEPH,** § § § *Plaintiff/Counterclaim Defendant,* § § v. § § **GENESIS COIN, INC.; GENESIS,** § **SERVICES INC.; AQUARIUS** § **MANAGEMENT CORP.; AND EVAN** § **ROSE.** § § *Defendants/Counterclaim Plaintiff.* § § | **Civil Action No.** AU:22-cv-00615-RP |

## DECLARATION OF PETER SENTOWSKI
## IN RESPONSE TO MOTION TO REMAND

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a United States citizen who lives in New Jersey, where I have resided for more than two decades.

2. I am employed by Genesis Services, Inc. ("Genesis Services") I am the only employee of Genesis Services. I have never lived or been employed in the State of Texas.

3. I am the President of Genesis Services. In that role I manage day-to-day operations of Genesis Services. This includes managing payroll, bank accounts, taxes and other operational activities.

4. Although I am not an employee of Genesis Coin, I manage the day-to-day operations of Genesis Coin, Inc. ("Genesis Coin") as part of my managerial responsibilities within the Genesis Group. In that capacity, I utilize the title of President and Chief Strategy of Genesis Coin. In that role, I exercise managerial authority and make decisions on behalf of the

1

company.  My responsibilities include making decisions related to finances, including fees charged to customers, onboarding customers, pursuing business opportunities and overseeing the general development of the company.  I carry out these responsibilities from New Jersey.

5. When Shawn Joseph was employed by Genesis Coin, I was responsible for acting as his direct supervisor.  For example, attached to this declaration as **Exhibit 1**, is a true, correct and complete copy of an email I sent to Mr. Joseph.  In the email, I asked him to provide bi-monthly executive summary reports and quarterly reports related to the intellectual property work Mr. Joseph was performing as an employee of Genesis Coin.  I directed Mr. Joseph on what to include in the reports.  The reports were to be provided to me and Evan Rose, as the CEO of Aquarius Management Corporation ("Aquarius") so that the two of us could assess Mr. Joseph's work and be informed regarding his work to make decisions on behalf of Genesis Group.

6. Mr. Joseph was the only employee of Genesis Coin.  Mr. Joseph's employment with Genesis Coin was terminated in March 2022.  Since March 2022, Genesis Coin has no employees, and I am its only officer.  There is no one that resides or works in Texas that makes any decisions related to Genesis Coin.

7. Evan Rose, in his capacity as Chief Executive Officer of Aquarius, makes high-level decisions regarding the overall control, management, direction and strategy of Genesis Coin.  I provide my analysis and recommendations to Mr. Rose who ultimately makes the high-level management decisions related to Genesis Coin.

8. Genesis Coin maintains a registered agent in Texas.  At various times, the following addresses have been used by Genesis Coin registered agents:  700 Lavaca St., Suite

1401 and 5900 Balcones Dr., Suite 100. Genesis Coin does not maintain a corporate office in Texas.

9. Genesis Coin does not conduct any business through a bank based in Texas. It utilizes bank accounts based in California. When he was employed by Genesis Coin, Mr. Joseph was paid through an account with a bank that is based in California .

10. Corporate records for Genesis Coin, including financial and accounting records are maintained electronically. I access those records from New Jersey. Mr. Rose has access to those records from Puerto Rico.

11. Since at least 2017, I have not attended a Genesis Coin meeting in Texas. I often meet with Mr. Rose remotely to discuss business operations, decisions and strategy. During these meetings, I am located in New Jersey and he is located in Puerto Rico. I have met with Mr. Rose in Puerto Rico to discuss business strategies and decisions in my role as President of Genesis Coin. I also met with Mr. Joseph in Puerto Rico. Mr. Rose also has met with me to discuss business decisions and company strategy in New York, but never in Texas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on _____July 31, 2022

_____
Peter Sentowski

# EXHIBIT 1



Evan Rose <evan@aquarius.co>

# IP Summary
4 messages

---

**Peter Sentowski** <peter@bitcoinatm.com>  
To: Shawn Joseph <shawn@genesiscoin.com>  
Bcc: evan@aquarius.co

Mon, May 31, 2021 at 3:50 PM

Hey Shawn - Appreciate your time to discuss Patent/IP on the recent calls. Understand from your explanation that we have the google sheet with the granted patents. What other patents are in process, which you believe could be granted this year? You also mentioned adding to the IP 'novel' as new features and platform improvements are implemented. Are there any key items today, which you believe have yet to be addressed? Are we on budget for the same spend cadence as 2020? These are the types of questions not easily answered from just a review of the google doc.

Evan and I discussed and would ask that you provide **bi-monthly executive summary report** - a summary of any documents received from USPTO and a summary of the responses filed, in addition to any new or other filings you have made or are planning - work in progress and future matters to be considered.

Aside from the **bi-monthly executive summary report** above, you should also prepare two quarterly summaries (these would be due in 30 days at the end of the June qtr and expected end Sept and end Dec):

1- A summary of all filings that have been made/published related to kiosks/ATMs by other parties  
and  
2- Internal write-up explaining the key distinctions of the IP that has been issued on Evan's behalf

We also need an update on what the status is of the IP filing that covers the www.BTM.pr mobile onboarding platform. It would be helpful to know where we stand and how you're trending toward that goal. This is a good example of a subject to include in the exec summary report.

Realize there could be instances where there isn't new IP to file since a previous report and you are in a holding pattern. If that's the case, we would ask you to work on competitive research in parallel and prepare reports on kiosks/ATMs. Should there not be any activity, it can be extended more broadly to include cryptocurrency / payment systems. These would be included as part of the above report package.

Please don't take this as us trying to dictate your hours or effort. We don't want to micro-manage, rather, would like to have a synopsis of IP/Patent related work and industry landscape. Relying on and forming opinions from the google doc just hasn't been enough. Please take a couple of days to consider the above.

Thank you,  
Peter



**Peter Sentowski**, Chief Strategy Officer  
**Genesis Coin Inc.**

---

**Peter Sentowski** <peter@bitcoinatm.com>  
To: Evan Rose <evan@aquarius.co>

Tue, Jun 1, 2021 at 9:25 AM



**Peter Sentowski**, Chief Strategy Officer  
**Genesis Coin Inc.**

---------- Forwarded message ---------  
From: **Shawn Joseph** <shawn@genesiscoin.com>  
Date: Mon, May 31, 2021 at 5:20 PM  
Subject: Re: IP Summary  
To: Peter Sentowski <peter@bitcoinatm.com>, Evan Rose <evan@genesiscoin.com>

Hi Peter/ Evan- happy to spend more time creating reports if you've both already decided that's what's desired. Thanks

Sent from my iPhone

> On May 31, 2021, at 2:50 PM, Peter Sentowski <peter@bitcoinatm.com> wrote:
>
> [Quoted text hidden]

---

**Peter Sentowski** <peter@bitcoinatm.com>  
To: Shawn Joseph <shawn@genesiscoin.com>  
Bcc: evan@aquarius.co

Tue, Jun 1, 2021 at 9:35 AM

Hey Shawn - thanks, would you also please advise status of the IP filing that covers the www.BTM.pr mobile onboarding platform. This should be a priority given the anticipated level of customer interest.



**Peter Sentowski**, Chief Strategy Officer
Genesis Coin Inc.

On Mon, May 31, 2021 at 5:20 PM Shawn Joseph <shawn@genesiscoin.com> wrote:
> Hi Peter/ Evan- happy to spend more time creating reports if you've both already decided that's what's desired. Thanks
>
> Sent from my iPhone
>
>> On May 31, 2021, at 2:50 PM, Peter Sentowski <peter@bitcoinatm.com> wrote:
>>
>> [Quoted text hidden]

---

**Peter Sentowski** <peter@bitcoinatm.com>                              Tue, Jun 1, 2021 at 2:44 PM
To: Shawn Joseph <shawn@genesiscoin.com>
Bcc: evan@aquarius.co

That would be helpful, thank you.

---



**Peter Sentowski**, Chief Strategy Officer
Genesis Coin Inc.

On Tue, Jun 1, 2021 at 2:36 PM Shawn Joseph <shawn@genesiscoin.com> wrote:
> I put in everything I could think of in a provisional and read it to Evan on the phone, he seemed on board. Haven't filed any non provisional application on those concepts yet. Can provide more details in a report and take feedback to decide which concepts should be pursued. Thanks
>
> Sent from my iPhone
>
>> On Jun 1, 2021, at 8:36 AM, Peter Sentowski <peter@bitcoinatm.com> wrote:
>>
>> [Quoted text hidden]