# **EXHIBIT 3**

# Structure of Genesis Group

**AQUARIUS MANAGEMENT CORPORATION**
Location of Incorporation: **Puerto Rico**
Managed by: **Evan Rose, resident of Puerto Rico**
Owner of 100% of outstanding shares: **Evan Rose, resident of Puerto Rico**

 

Aquarius provides centralized management services to Genesis Coin and Genesis Services.

**GENESIS COIN, INC.**
Location of Incorporation: **Delaware**
Managed by: **Aquarius, Puerto Rico company;**
**Peter Sentowski, resident of New Jersey**
Owner of 100% of outstanding shares: **Evan Rose, resident of Puerto Rico**

**GENESIS SERVICES, INC.**
Location of Incorporation: **Delaware**
Managed by: **Aquarius, Puerto Rico company;**
**Peter Sentowski, resident of New Jersey**
Owner of 100% of outstanding shares: **Evan Rose, resident of Puerto Rico**



Genesis Services provides support services to Genesis Coin.



Genesis Coin contracts with customers to sell virtual currency ATMs and licenses proprietary software developed by Rose used to operate them.

Virtual currency ATM customers