IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHAWN JOSEPH, | § § § | |
| *Plaintiff/Counterclaim Defendant,* | § § | CIVIL CASE NO. 1:22-CV-615-JRN |
| vs. | § § § | |
| GENESIS COIN, INC.; GENESIS SERVICES INC.; AQUARIUS MANAGEMENT CORP.; AND EVAN ROSE, | § § § § § § | |
| | § § | JURY |
| *Defendants/Counterclaim Plaintiff.* | § § | |

## ORDER

Before the Court is Plaintiff Shawn Joseph's Motion to Remand to State Court, or in the Alternative, for Leave to Take Expedited Jurisdictional Discovery (Dkt. No. 23). After careful consideration of the pleadings and evidence on file with this Court, this Court is of the opinion that the requests be and hereby are **DENIED**.

**IT IS ORDERED** that Plaintiff Shawn Joseph's Motion to Remand to State Court is **DENIED**. Plaintiff's alternative Request for Leave to Take Expedited Jurisdictional Discovery is also **DENIED**.

SO ORDERED.

Dated this _____ day of August 2022.

_____
JAMES R. NOWLIN
SENIOR UNITED STATES DISTRICT JUDGE