IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH,<br><br>     Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>     Defendants. | Civil Action No. 1:22-cv-00615-JRN |

**DECLARATION OF WILLIAM ODOM
IN SUPPORT OF REPLY IN SUPPORT OF
MOTION TO REMAND TO STATE COURT**

I, William Odom, hereby declare:

1.      I am an attorney licensed to practice in the State of California and admitted in good standing to practice in the Western District of Texas. I am an Attorney at The Vora Law Firm, P.C., counsel for Plaintiff in this matter. I make this declaration in support of Reply in Support Plaintiff Shawn Joseph's Motion to Remand to State Court, or in the Alternative, for Leave to Take Expedited Jurisdictional Discovery. I make this declaration of my own personal knowledge, except as otherwise noted, and if called as a witness, I could and would testify competently to all of the following.

2. Attached as **Exhibit 18** is a true and correct copy of a screen capture of the "Experience" subpage of the LinkedIn profile of Olivia Sentowski, https://www.linkedin.com/in/olivia-sentowski/details/experience/, accessed on August 15, 2022.

I declare under penalty of perjury of the laws of the United States (28 U.S.C. § 1746) that the foregoing is true and correct to the best of my knowledge.

Executed on August 15, 2022

By: */s/ William M. Odom*
William M. Odom