# EXHIBIT 18



**Olivia Sentowski**
Associate, Planning at dentsu X

Message

Created Instagram stories, brainstormed post ideas, caption copywriting, and uploaded content to company image and b-roll databases
Developed social media strategies, including branding, content types, tone of voice and page aesthetics
Traveled to various on and off-site locations to gather content using photography and video skills, while communicating with customer base



**Marketing Operations Intern**
Cardwell Beach · Part-time
Jan 2021 - Apr 2021 · 4 mos

Analyzed and catalogued company website blog posts and case studies
Mastered Google (Sheets, Slides) applications when collecting rehab industry data
Issued competitive analysis and presented findings to senior management for benchmarking purposes



**Lifeguard**
Deer Lake Club · Part-time
May 2020 - Aug 2020 · 4 mos
Boonton, New Jersey, United States



**Remote Sales and Marketing Associate**
Genesis Coin Inc. · Part-time
Mar 2020 - Jun 2020 · 4 mos
Austin, Texas, United States

Tasked with managing inbound leads and evaluating the company's online social media presence



**Salesperson**
Scoop House · Part-time
May 2019 - Aug 2019 · 4 mos
Mountain Lakes, NJ

Collaborated in a team dynamic in a fast paced, high volume, specialty ice cream shop



**Lifeguard**
Borough of Mountain Lakes · Part-time
Jun 2016 - Aug 2019 · 3 yrs 3 mos
Mountain Lakes, NJ

Advanced to senior guard position and trained 20 junior guards

**Mountain Lakes High School Boys Varsity Lacrosse Manager & Statistician**
Mountain Lakes High School · Part-time
Mar 2018 - Jun 2018 · 4 mos
Mountain Lakes, NJ

Coordinated game day statistics, fundraising and special events for nationally ranked team

