**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| SHAWN JOSEPH,<br><br>            Plaintiff,<br><br>      vs.<br><br>GENESIS COIN, INC.; GENESIS<br>SERVICES, INC.; AQUARIUS<br>MANAGEMENT CORP.; and EVAN<br>ROSE,<br><br>            Defendants. | Civil Action No. 1:22-cv-00615-JRN |

**UNOPPOSED MOTION TO WITHDRAW WILLIAM M. ODOM
AS COUNSEL FOR PLAINTIFF SHAWN JOSEPH**

William M. Odom hereby seeks to withdraw as counsel for Plaintiff Shawn Joseph because he is leaving The Vora Law Firm, P.C.  The Vora Law Firm, P.C. (201 Santa Monica Blvd., Ste. 300 Santa Monica, CA 90401), including Nilay U. Vora and Jeffrey A. Atteberry, as well as Texas local counsel Marcus L. Fifer Law Firm, PLLC (P.O. Box 6501 Austin, TX 78762), will continue to represent Mr. Joseph in this matter.  Counsel's withdrawal will not cause any party any prejudice or delay.  Pursuant to Local Civil Rule CV-7(g), prior to filing this motion, counsel for Mr. Joseph conferred with counsel for Defendants regarding the relief sought herein, and counsel for Defendants stated that Defendants do not oppose this motion.

DATED:  November 28, 2022

By: ___/s/ William M. Odom_____

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (*pro hac vice*)
nvora@voralaw.com
Jeffrey A. Atteberry (*pro hac vice*)
jatteberry@voralaw.com
William M. Odom (CA State Bar No. 313428)
will@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, CA 90401
424-258-5190 (phone)
512-598-0298 (fax)

**MARCUS L. FIFER LAW FIRM, PLLC**
Marcus L. Fifer (TX State Bar No. 24104629, *pro hac vice*)
marcus@fifer.law
P.O. Box 6501
Austin, TX 78762
512-487-0324 (phone)
512-598-0298 (fax)

*Attorneys for Plaintiff Shawn Joseph*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of November, 2022, I electronically filed the foregoing

and attachments with the Clerk of Court using the CM/ECF system which will send notification

of such filing to the following counsel of record for Defendants:

**Holland & Hart LLP**
Jeremy B. Merkelson (jbmerkelson@hollandhart.com)
Michael J. O'Leary (mjoleary@hollandhart.com)
901 K Street NW, Suite 850
Washington, DC 20001
(202) 654-6919
(202) 688-2921 (fax)
Brianne McClafferty (bcmcclafferty@hollandhart.com)
401 North 31st Street, Suite 1500
Billings, MT  59101
(406) 896-4642
(406) 545-2266 (fax)

**Jackson Walker LLP**
Scott W. Weatherford (sweatherford@jw.com)
100 Congress Ave. Suite 1100
Austin, TX 78701
(512) 236-2073
(512) 691-4440 (fax)


*/s/ William M. Odom*
William M. Odom

MOTION TO WITHDRAW WILLIAM M. ODOM AS COUNSEL