**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| SHAWN JOSEPH,<br><br>   Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>   Defendants. | Civil Action No. 1:22-cv-00615-JRN |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
WILLIAM M. ODOM AS COUNSEL FOR PLAINTIFF SHAWN JOSEPH**

The Motion to Withdraw William M. Odom as Counsel for Plaintiff Shawn Joseph is hereby GRANTED.

DATED:

                   **JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE**