## CASE #: 1:22-cv-00615-JRN

Mailed doc#32 to:

Travis County District Clerk
P.O. Box 679003
Austin, TX 78767-9003

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)        $
  ☐ Return Receipt (electronic)      $          Postmark
  ☐ Certified Mail Restricted Delivery $         Here
  ☐ Adult Signature Required         $
  ☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions
```

7021 2720 0002 1466 2585