IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH,<br><br>   Plaintiff,<br><br> vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>   Defendants. | Civil Action No. 1:22-cv-00615-RP |

## Notice of Appearance of Counsel

TO THIS COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff Shawn Joseph.

                /s/ William Odom_____

                William Odom
                California Bar No. 313428
                Zweiback, Fiset & Zalduendo LLP
                523 West 6th St., Suite 516
                Los Angeles, California 90014
                william.odom@zfzlaw.com