# Exhibit 3

The Vora Law Firm, P.C.'s Hours for Remand Motion

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Hours | Description | Rate ($) | Amount ($) | User |
| 2 | 6/14/22 | 1.2 | Legal research re federal jurisdiction and removal procedure. | 575 | 690 | William Odom |
| 3 | 6/23/22 | 2 | Review and analyze Notice of Removal; legal research re federal court removal jurisdiction. | 575 | 1150 | William Odom |
| 4 | 6/27/22 | 2.5 | Legal research and fact gathering re citizenship of Genesis Coin; prepare remand motion. | 575 | 1437.5 | William Odom |
| 5 | 7/4/22 | 1 | Review client e-mail and prepare response re federal jurisdiction. | 575 | 575 | William Odom |
| 6 | 7/5/22 | 2.3 | Emails with client re potential additional claims; prepare Odom declaration in support of motion to remand to state court and compile exhibits to the same; conference with JAA and NUV re extension of time to answer counterclaim. | 575 | 1322.5 | William Odom |
| 7 | 7/5/22 | 0.5 | Analyze case strategy for removal and discuss same with W. Odom. | 750 | 375 | Jeff Atteberry |
| 8 | 7/7/22 | 0.4 | Attend to case management issues related to motion to remand and responsive pleadings. | 750 | 300 | Jeff Atteberry |
| 9 | 7/11/22 | 3 | Prepare motion to remand to state court and related legal research; prepare for meet-and-confer conference re the same. | 575 | 1725 | William Odom |
| 10 | 7/12/22 | 2.2 | Weekly conference with client; prepare for meet-and-confer conference re remand motion and legal research in support of motion. | 575 | 1265 | William Odom |
| 11 | 7/13/22 | 1.7 | Attend meet-and-confer conference re remand/discovery; conference with client re the same. | 575 | 977.5 | William Odom |
| 12 | 7/13/22 | 0.7 | Meet and confer with opposing counsel re jurisdictional discovery; follow up with client and team re same. | 750 | 525 | Jeff Atteberry |
| 13 | 7/15/22 | 0.4 | Review and analyze opposing counsel's proposal re jurisdictional discovery. | 750 | 300 | Jeff Atteberry |
| 14 | 7/19/22 | 4 | Prepare motion to remand to state court, or in the alternative, for jurisdictional discovery. | 575 | 2300 | William Odom |

Exhibit 3

The Vora Law Firm, P.C.'s Hours for Remand Motion

|    | A       | B    | C                                                                                                              | D   | E      | F              |
|----|---------|------|----------------------------------------------------------------------------------------------------------------|-----|--------|----------------|
| 15 | 7/20/22 | 0.8  | Legal and factual research for remand motion.                                                                  | 750 | 600    | Jeff Atteberry |
| 16 | 7/21/22 | 0.7  | Review and revise motion to remand.                                                                            | 750 | 525    | Jeff Atteberry |
| 17 | 7/21/22 | 4.3  | Prepare remand motion and supporting declarations/exhibits.                                                    | 575 | 2472.5 | William Odom   |
| 18 | 7/22/22 | 0.4  | Review and revise remand motion.                                                                               | 750 | 300    | Jeff Atteberry |
| 19 | 7/22/22 | 3.4  | Prepare remand motion and supporting declarations/exhibits.                                                    | 575 | 1955   | William Odom   |
| 20 | 7/23/22 | 3.7  | Prepare remand motion and supporting documents; related legal research; conference with NUV re the same.       | 575 | 2127.5 | William Odom   |
| 21 | 7/24/22 | 4    | Review and revise remand motion and finalize all supporting papers.                                            | 575 | 2300   | William Odom   |
| 22 | 7/25/22 | 2.9  | Revise and finalize motion for remand.                                                                         | 750 | 2175   | Jeff Atteberry |
| 23 | 8/8/22  | 1    | Review and analyze Defendants' Opposition to Motion to Remand/for Discovery and email client re the same.      | 575 | 575    | William Odom   |
| 24 | 8/10/22 | 4.5  | Review and analyze evidence submitted by Defendants; prepare Reply in Support of Remand/Discovery Motion.      | 575 | 2587.5 | William Odom   |
| 25 | 8/12/22 | 4    | Prepare Reply re Remand/Discovery; conference with JAA re the same.                                            | 575 | 2300   | William Odom   |
| 26 | 8/15/22 | 3    | Review, revise, finalize, and file reply ISO remand motion and supporting declaration.                         | 575 | 1725   | William Odom   |
| 27 | 8/15/22 | 1.5  | Review and revise reply in support of remand motion; review new evidence from client.                          | 750 | 1125   | Jeff Atteberry |
| 28 |         |      |                                                                                                                |     |        |                |
| 29 | TOTALS  | 56.1 |                                                                                                                |     | 33710  |                |

Exhibit 3