IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAWN JOSEPH,<br><br>       Plaintiff,<br><br>vs.<br><br>GENESIS COIN, INC.; GENESIS SERVICES, INC.; AQUARIUS MANAGEMENT CORP.; and EVAN ROSE,<br><br>       Defendants. | Civil Action No. 1:22-cv-00615-RP |

**[PROPOSED] ORDER GRANTING PLAINTIFF SHAWN JOSEPH'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(C)**

Before the Court is Plaintiff Shawn Joseph's Motion for Attorneys' Fees and Costs Pursuant to 28 U.S.C. § 1447(c). Having considered the matter, the Court hereby finds that the basis for Defendants' removal of this case was objectively unreasonable and that Defendants' conduct in seeking removal presented unusual circumstances that warrant an award of Plaintiff's attorneys' fees and costs. The Court further finds that Plaintiff's request for $33,710, plus $300 in associated costs, is reasonable.

Therefore, Plaintiff's motion is GRANTED and Plaintiff is awarded a total of $33,7400 in attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).

DATED:

_____
**JAMES R. NOWLIN**
**SENIOR U.S. DISTRICT JUDGE**