# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SHAWN JOSEPH,** § § § *Plaintiff/Counterclaim Defendant,* § § v. § § **GENESIS COIN, INC.; GENESIS,** § **SERVICES INC.; AQUARIUS** § **MANAGEMENT CORP.; AND EVAN** § **ROSE.** § § *Defendants/Counterclaim Plaintiff.* § § | **Civil Action No.** 1:22-cv-00615-JRN |

## ORDER DENYING PLAINTIFF SHAWN JOSEPH'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(C).

Before the Court is Plaintiff Shawn Joseph's Motion for Attorneys' Fees and Costs pursuant to 28 U.S.C. § 1447(c). Having considered the matter, the Court hereby finds that the basis for Defendants' removal of this case was objectively reasonable.

Therefore, Plaintiff's motion is DENIED.

Dated:

James R. Nowlin
Senior United States District Judge

1